UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IndyMac Bank F.S.B.** : | Case No. 1:07-cv-3257 |
| **Plaintiff** : | District Judge Christopher A. Boyko |
| vs. : | |
| **Stephanie Steggles, et al.** : | **DISMISSAL BY STIPULATION** |
| : | **WITHOUT PREJUDICE** |
| **Defendants.** : | |

Now come Plaintiff, IndyMac Bank, F.S.B, and Defendants Stephanie Steggles and Curtis J. Steggles, by and through counsel, and hereby notify this Honorable Court of the dismissal of this foreclosure action by stipulation and without prejudice under Fed. R. Civ. P. 41(a)(1)(ii). The parties inform the Court that they are in the process of concluding a settlement agreement. The parties further state that no other parties have appeared and that all appearing parties stipulate to the dismissal of this action. Costs to be taxed to Plaintiff.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin L. Williams | /s/ Edward J. Mamone, by telephone auth. |
| Kevin L. Williams (0061656) | Edward J. Mamone (0039310) |
| Manley Deas Kochalski LLC | Gurney, Miller & Mamone |
| P.O. Box 165028 | 75 Public Square #1100 |
| Columbus OH 43216-5028 | Cleveland, OH 44113 |
| Telephone: 614-222-4921 | Telephone 216-621-3251 |
| Fax 614-220-5613 | Attorney for Defendants Stephanie Steggles |
| klw-f@mdk-llc.com | and Curtis J. Steggles |
| Attorney for Plaintiff | |

```
IT IS SO ORDERED.

s/Christopher A. Boyko
United States District Court Judge
January 15, 2008
```

G:\Cases - TM\07-28154\agreed entry and dismissal-080111-AMS.WPD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2008, a copy of the foregoing Stipulation of Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Edward J. Mamone
75 Public Square #1100
Cleveland, OH  44113

/s/ Kevin L. Williams
Kevin L. Williams